IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )        8:07CR217
                             )
        v.                   )
                             )
BRANDON E. MORRISON,         )        ORDER
                             )
             Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 57). The Court notes the plaintiff and the probation officer have no objection. Accordingly,

IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing No. 41) is rescheduled for:

**Thursday, January 10, 2013, at 9 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 31st day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court