IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:07CR217
                               )
         v.                    )
                               )
BRANDON E. MORRISON,           )         ORDER
                               )
              Defendant.       )
_____)
```

On the oral motion of the government,

IT IS ORDERED that the petition for warrant or summons for offender under supervision (Filing No. 41) is dismissed. Defendant is placed back on supervised release on the same terms and conditions as previously imposed.

DATED this 19th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court