IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BRANDON E. MORRISON,<br><br>　　　　　　　Defendant. | 8:07CR217<br><br>**ORDER** |

Defendant Brandon E. Morrison appeared before the court on Friday, September 5, 2014 on a Petition for Warrant or Summons for Offender Under Supervision [71]. The defendant was represented by retained counsel Beau G. Finley on behalf of Matthew R. Kahler, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

　　　IT IS ORDERED:

　　　1.　　A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 1, 2014 at 9:00 a.m. Defendant must be present in person.

　　　2.　　The defendant is released on current conditions of supervision.

　　　Dated this 5th day of September, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge