IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR217 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON E. MORRISON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After hearing before the Court,

IT IS ORDERED that the petition for warrant or summons for offender under supervision (Filing No. 71) is dismissed.  No further term of supervised release is imposed, and defendant's obligation as far as supervised release is terminated.

DATED this 15th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court